**DISMISS and Opinion Filed October 11, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00025-CV

**SENSORMATIC ELECTRONICS, LLC, Appellant**
**V.**
**JIRI MODRY, AS TRUSTEE OF THE JRAM TRUST UDT DATED 8/21/1996, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-10671**

## MEMORANDUM OPINION

Before Justices Osborne, Nowell, and Smith
Opinion by Justice Smith

By motion filed September 28, 2022, appellant informs the Court the parties have resolved all issues between them and moves to dismiss the appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Craig Smith/
CRAIG SMITH
JUSTICE

220025F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SENSORMATIC ELECTRONICS, LLC, Appellant

No. 05-22-00025-CV     V.

JIRI MODRY, AS TRUSTEE OF THE JRAM TRUST UDT DATED 8/21/1996, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-21-10671. Opinion delivered by Justice Smith, Justices Osborne and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee Jiri Modry, as Trustee of the JRAM Trust UDT dated 8/21/1996, recover his costs, if any, of this appeal from appellant Sensormatic Electronics, LLC.

Judgment entered October 11, 2022.